F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC -4 2017 ★
LONG ISLAND OFFICE

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court)<br>2:14CR00113-1 |
|---|---|---|
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court)<br>CR-17 0666 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Erik Weinmann<br>653 N. Hamilton Ave<br>N. Lindenhurst, NY 11757 | DISTRICT OF VERMONT | |
| | NAME OF SENTENCING JUDGE<br>The Honorable William K. Sessions III | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/27/2016  TO 12/26/2018 |

OFFENSE

Bank Robbery
18 U.S.C. § 2113(a)

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF VERMONT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Eastern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11/2/17
_____          _____
Date                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.          BIANCO, J.

_____          _____
Effective Date                      United States District Judge